## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 17 C 6525 |
| v. | ) ) ) | |
| METROPOLITAN TAX RELIEF, INC., and JOHN DOES 1-10, | ) ) ) | Judge Tharp Magistrate Judge Rowland |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William M. Pollack, voluntarily dismisses his individual claims without prejudice and without costs against defendant Metropolitan Tax Relief, Inc. Plaintiff Dr. William M. Pollack voluntarily dismisses his class claims against defendant Metropolitan Tax Relief, Inc. without prejudice and without costs. Plaintiff Dr. William M. Pollack voluntarily dismisses his claims without prejudice and without costs against defendant John Does 1-10.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on January 3, 2018, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, and to be served via U.S. Mail on the following:

Metropolitan Tax Relief, Inc.
c/o Kenneth R. Rapoport
4241 W. Main Street
Skokie, IL 60076

Metropolitan Tax Relief, Inc.
2700 Patriot Blvd., Suite 250
Glenview, IL 60026

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200